Brendan J. O'Rourke*
*borourke@proskauer.com*
Alexander Kaplan*
*akaplan@proskauer.com*
Jennifer L. Jones*
*jljones@proskauer.com*
Celia Muller*
*cmuller@proskauer.com*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Phone: (212) 969-3000
Facsimile: (212) 969-2900
* Admitted *Pro Hac Vice*

Robert H. Horn (SBN 134710)
*rhorn@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Phone:    (310) 557-2900
Facsimile: (310) 557-2193

Attorneys For Defendant Diageo
Chateau & Estate Wines Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTIAN STARK; STARK WINE LLC; STAY @ HOME SOMMELIER, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAGEO CHATEAU & ESTATE WINES COMPANY,<br><br>Defendant. | CASE NO. 12-CV-4385 (YGR)<br><br>**ORDER ALLOWING INTRODUCTION OF WINE BOTTLES AS EVIDENCE**<br><br>Honorable Yvonne Gonzalez Rogers |

1
2   WHEREAS, the parties to this action are appearing for a Preliminary Injunction hearing
3
4   today, September 24, 2012, and as part of the evidence both parties wish to introduce certain wine
5   products;
6   IT IS HEREBY ORDERED that the parties be allowed to bring these wine bottles into the
7   Oakland courthouse of the Northern District of California and into Courtroom 5 for their hearing.
8
9   DATED:  September 24, 2012
10
11                                                           By _____
12                                                              HON. YVONNE GONZALEZ ROGERS
                                                                UNITED STATES DISTRICT JUDGE.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28