1  Brendan J. O'Rourke*
   *borourke@proskauer.com*
2  Alexander Kaplan*
   *akaplan@proskauer.com*
3  Jennifer L. Jones*
   *jljones@proskauer.com*
4  Celia Muller*
   *cmuller@proskauer.com*
5  PROSKAUER ROSE LLP
   Eleven Times Square
6  New York, NY 10036
   Phone: (212) 969-3000
7  Facsimile: (212) 969-2900
   * Admitted *Pro Hac Vice*
8
   Robert H. Horn (SBN 134710)
9  *rhorn@proskauer.com*
   PROSKAUER ROSE LLP
10 2049 Century Park East, 32nd Floor
   Los Angeles, CA  90067-3206
11 Phone:    (310) 557-2900
   Facsimile: (310) 557-2193
12
   Attorneys For Defendant Diageo
13 Chateau & Estate Wines Company

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          OAKLAND DIVISION

17 | CHRISTIAN STARK; STARK WINE LLC; STAY @ HOME SOMMELIER, LLC, | CASE NO. 12-CV-4385 (YGR) |

19           Plaintiffs,                 **ORDER ALLOWING INTRODUCTION OF WINE BOTTLES AS EVIDENCE**
20      vs.

21 DIAGEO CHATEAU & ESTATE WINES         Honorable Yvonne Gonzalez Rogers
22 COMPANY,

23           Defendant.

1
2   WHEREAS, the parties to this action are appearing for a Preliminary Injunction hearing
3   today, September 24, 2012, and as part of the evidence both parties wish to introduce certain wine
4   products;
5
6   IT IS HEREBY ORDERED that the parties be allowed to bring these wine bottles into the
7   Oakland courthouse of the Northern District of California and into Courtroom 5 for their hearing.
8
9   DATED:  September 24, 2012
10
11                                          By _____
12                                              HON. YVONNE GONZALEZ ROGERS
                                                UNITED STATES DISTRICT JUDGE.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

ORDER ALLOWING INTRODUCTION OF WINE BOTTLES AS EVIDENCE – CASE NO. 4:12-CV-04385 (YGR)