United States District Court
Northern District of California

1
2
3

**UNITED STATES DISTRICT COURT**

4

**NORTHERN DISTRICT OF CALIFORNIA**

5
6
7

8  **CHRISTIAN STARK** *et al.*,

**Case No.: 12-CV-04385 YGR**

9           **Plaintiffs,**

**ORDER VACATING COMPLIANCE HEARING**

10      **vs.**

11  **DIAGEO CHATEAU & ESTATE WINES COMPANY,**

12          **Defendant.**

13

14      The Court has reviewed Defendant's Statement of Compliance, Dkt. No. 87.  Accordingly,

15  the Compliance Hearing set for Friday, January 4, 2013 is **VACATED**.

16

17      **IT IS SO ORDERED**.

18

19  **Date:  December 31, 2012**      _____

20          **YVONNE GONZALEZ ROGERS**
            **UNITED STATES DISTRICT COURT JUDGE**

21
22
23
24
25
26
27
28