1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHRISTIAN STARK; STARK WINE LLC; STAY @ HOME SOMMELIER, LLC,<br><br>Plaintiffs,<br>vs.<br><br>DIAGEO CHATEAU & ESTATE WINES COMPANY,<br><br>Defendant. | CASE NO. CV-12-4385 (YGR)<br><br>**JOINT STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE** AND ORDER<br><br>Honorable Yvonne Gonzalez Rogers |

1 | Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs CHRISTIAN STARK; STARK WINE LLC; STAY @ HOME SOMMELIER, LLC ("Plaintiffs") and Defendant DIAGEO CHATEAU & ESTATE WINES COMPANY ("Defendant") hereby stipulate that this action and all claims asserted herein by the Parties are hereby dismissed *with prejudice*. The parties further stipulate to the dissolution of the preliminary injunction in force in this action. (Docket 78). Each party is to bear its own costs and attorney's fees. The Clerk shall close this file.

<u>Attestation for E-Filing of Multiple Electronic Signatures</u>

I, Jennifer L. Jones, attest that I have obtained concurrence in the filing of this document from Steven K. Barentzen, counsel for Plaintiffs, whose electronic signature appears below.

Respectfully submitted,

February 19, 2013                By: /s/ Steven K. Barentzen
                                 Steven K. Barentzen*
                                 *steven@barentzenlaw.com*
                                 Law Office of Steven K. Barentzen
                                 1575 Eye Street NW, Suite 300
                                 Washington, DC 20005
                                 Telephone: (202) 289-4333
                                 Facsimile: (202) 289-8450
                                 *Admitted Pro Hac Vice*

                                 Ronald L. Richman
                                 *ron.richman@bullivant.com*
                                 C. Todd Norris
                                 *todd.norris@bullivant.com*
                                 BULLIVANT HOUSER BAILEY PC
                                 601 California Street, Suite 1800
                                 San Francisco, California 94108
                                 Telephone: 415.352.2700
                                 Facsimile: 415.352.2701

                                 *Attorneys for Plaintiffs Christian Stark, Stark Wine LLC, and Stay @ Home Sommelier*

February 19, 2013                By: /s/ Jennifer L. Jones
                                 Brendan J. O'Rourke*
                                 *borourke@proskauer.com*

1

STIPULATION FOR DISMISSAL WITH PREJUDICE – NO. 12-CV-04385 (YGR)

Alexander Kaplan*
*akaplan@proskauer.com*
Celia R. Muller*
*cmuller@proskauer.com*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone:   (212) 969-3000
Facsimile:    (212) 969-2900
*Admitted *Pro Hac Vice*

Robert H. Horn (SBN #134710)
*rhorn@proskauer.com*
Jennifer L. Jones (SBN #284624)
*jljones@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:   (310) 557-2900
Facsimile:    (310) 557-2193

*Attorneys for Defendant Diageo Chateau & Estate Wines Company*

**IT IS SO ORDERED.**

Dated:  February 27, 2013, 2013          By: _____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2
STIPULATION FOR DISMISSAL WITH PREJUDICE – NO. 12-CV-04385 (YGR)