**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTIAN STARK** *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **DIAGEO CHATEAU & ESTATE WINES CO.,** <br><br> Defendant. | Case No.: 12-CV-04385 YGR <br><br> **ORDER REGARDING DISPOSITION OF EXHIBITS** |

The parties may reclaim the exhibits placed into the custody of the Court during the hearing on preliminary injunction.

Any exhibit that was placed into the custody of the Court must be removed by the party that submitted the exhibit into evidence by no later than **March 15, 2013**.

The Court will dispose of exhibits not reclaimed by such date.

**IT IS SO ORDERED**.

Date: February 27, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**